UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THR CALIFORNIA, L.P., | No. 2:13-cv-1902 TLN AC PS |
| Plaintiff, | |
| v. | ORDER |
| IVAN KOSOVSKI, et al., | |
| Defendants. | |

Plaintiff THR California L.P. commenced an unlawful detainer action in Placer Superior Court on May 17, 2013. Defendants Ivan Kosovski, Zoya Kosovski, and Lillya Walsh removed this action on September 13, 2013 purportedly on the basis of subject matter jurisdiction and diversity jurisdiction.

On September 23, 2013, the magistrate judge filed findings and recommendations herein which were served on the defendants and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections. ECF No. 6.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 23, 2013, are adopted in full; and

1

2. This case is remanded to the Placer County Superior Court for lack of jurisdiction.

Dated: November 19, 2013

Troy L. Nunley
United States District Judge

/thr1902.800